# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

October 27, 2015

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 518
New York, NY 10007

    Re:    **United States v. Ashe, et al**
             **Docket No. 15 Cr. 706 (VSB)**

Dear Judge Broderick:

    Mr. Jeff Yin would like to be heard on his application for bail on Thursday, October 29, at 2:00 p.m., or at the court's earliest convenience.

                                    Respectfully submitted,

                                    Sabrina Shroff & Allegra Glashausser
                                    Assistant Federal Defenders
                                    (212) 417-8700

cc:    Janie M. Echenberg, Daniel C. Richenthal, Rahul Mukhi
        Assistant United States Attorneys

        Pre-trial Services