# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2016

BY ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   United States v. Jeff C. Yin, et. al.,
      Docket No. 15 cr. 706 (VSB)

Honorable Judge Broderick:

With consent of both the government and probation, I write to request modification of the current bail conditions to allow Mr. Yin to apply for and go to job interviews. All other conditions of release remain in place.[1] United States Probation Office Joshua Rothman will be informed of each job interview and will approve (or not) the request prior to travel.

Thank you for considering this request.

Respectfully submitted,

/s/
Sabrina P. Shroff
Assistant Federal Defender

SPS/jl
Cc:  AUSA Daniel Richenthal (via email)
     AUSA Janis Echenberg (via email)
     AUSA Rahul Mukhi (via email)

---

[1] As Mr. Yin's travel is restricted to the Southern and Eastern District of New York, his job search will be similarly restricted.