```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
:
UNITED STATES OF AMERICA,           :
:                            15-CR-706 (VSB)
-v-                        :
:                                ORDER
JOHN W. ASHE, et al.,                :
:
Defendants.           :
:
:
------------------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the Defendant Jeff Yin's February 4, 2016 letter request to modify his bail conditions to permit him move to California to live with his mother during the pendency of this case.  The Government submitted its letter in opposition on February 5, and Defendant submitted a reply letter on February 6.  A bail modification hearing will be held on Thursday, February 11, 2016 at 3:30 p.m.  At that hearing, the parties should be prepared to address the following:

1. Whether Defendant's lease is month to month or for some other duration;

2. Whether all of the previously imposed bail conditions have been satisfied;

3. Whether all of the previously imposed bail conditions can be met if Defendant moves to California, including the Title III and computer monitoring; and

4. What specific efforts Defendant has made to obtain employment.

SO ORDERED.

Dated: February 10, 2016
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge